United States District Court
for the Middle District of Pennsylvania

Brian Keith Cash          3:17cv1257

                    Civil Case No:
vs.

United States Of America, et seq

FILED SCRANTON
JUL 17 2017
PER ___ DEPUTY CLERK

I
Venue
Complaint

1). The plaintiff Brian Keith Cash a citizen of the County of Union States of Pennsylvania, residing at United States Penitentiary Lewisburg P.O. Box 1000 Lewisburg, PA 17837 wishes to file a complaint pursuant to Federal Tort Claim Act ("FTCA") 28 U.S.C. § 1346(b), 28 U.S.C § 2401, et seq and 28 U.S.C. § 2675, et seq.

II

2). The defendant is United States

III

3). Comes now Brian Keith Cash pro se and respectfully files complaint of pursuant to the Federal Tort Claim Act ("FTCA") 28 U.S.C. § 2401, et seq and 28 U.S.C. § 2765, et seq. In addition the plaintiff attaches a sworn affidavit in further support of his pursuant to the Federal Tort Claim Act ("FTCA")

(1)

# III
## Statement Of Facts

1). On Nov 24, 2016, Plaintiff suffered harm & injuries as a result of Salmonella food poisoning, that deprived from food that was served at the United States Penitentiary Lewisburg, PA. A food borne illness that spreaded throughout U.S.P Lewisburg from Nov 2016 til Dec 2016...

2). On Nov 24, 2016 Plaintiff woke up with a fever, diarrhea, excruciating abdominal pain, nausea, chills, inability to eat, and profuse sweating. After 2 days of these symptoms plaintiff made a complaint to a L.t & medical.

3). Nov 26, 2016 plaintiff woke up with the same symptoms. Throughout that day other prisoners was been quarantine for simpilar symptoms. So plaintiff stop a Lt. and explained to him, his symptoms. The Lt said he will send a medical staff to evaluate plaintiff...

4). At 3:20 P.M. Health Service Staff arrived at plaintiff door during pill line. Plaintiff vital signs was taking. The plaintiff explained to HS staff his symptoms. HS staff stated due to plaintiff symptoms & vital signs plaintiff would be put in quarantine...

5). Plaintiff was escorted to the HS unit for more medical assessment. Due to vital signs, dehydration, poor skin tone (Pale and warm to touch). The plaintiff was given an IV in left arm. 18 ga and 2000 cc NC was injectioned in plaintiff. After IV was removed plaintiff vital signs was taken again. EMT-P L. Potter told plaintiff to increase water intake due to plaintiff been dehydrated. The plaintiff told EMT-P L. Potter drinking water causes excruciating pain in obdominal & diarrhea. The plaintiff was put in quarantine to be separated for contact precautions and to be monitor due to Plaintiff conditions. (Attached See Exhibited A 2(pg))

(2)

6). On Nov. 27, 2016 plaintiff woke up with excruciating abdominal pain, dizziness, inability to eat, diarrhea, fever & profuse sweating. Plaintiff spoke to HS staff during Pillline. Plaintiff was told medical staff would be around to see plaintiff & other prisoners on Nov 28, 2016.

7). On Nov 28, 2016 PA-C Jennifer Seroski evaluated plaintiff & other inmates with Salmonella food poisoning. Plaintiff vital signs was taking giving a lab test culture. So plaintiff stool could be tested. Plaintiff didn't feel better he still had abdominal pain, diarrhea & etc. Plaintiff stated this to PA-C Jennifer Seroski. (Attached See Exhibited B 2 pgs)

8). On Nov 29, 2016 PA-C Jennifer Seroski evaluated Plaintiff. While Vitals was taking Plaintiff stated there was No improvement from yesterday. Plaintiff still was having excruciating abdominal pain with cramping which was intermittent. Diarrhea 3-4 times at the time of evaluation and plaintiff couldn't hold food down. Dr. Edinger told plaintiff and other inmates it wasn't the flu. That some earlier lab results had come back and Lab results was positive for Salmonella food poisoning. See Exhibit of evaluation (Exhibited C 2 pgs)

9). On Nov 30, 2016 plaintiff was evaluated by PA-C Jennifer Seroski. Plaintiff tells the medical staff that he doing the same as yesterday if not worser and still sick. Having lots of abdominal pain, cramping and diarrhea continues. Plaintiff unable to hold food down. (Attached Exhibited D)

10). Dec 1, 2016 was removed from quarantine due to other prisoners having Salmonella food poisoning with symptoms as plaintiff. More inmates needed to be quarantine with Newer symptoms....

(3)

11). Plaintiff suffered the same symptoms for a few more days. On Dec 6, 2016 Plaintiff stool culture results came back from a medical Laboratory confirming that Plaintiff had Salmonella bacteria/food poisoning. (Attach Exhibited -E)

12). Plaintiff is bringing actions and allegations against inter alia the United States pursuant to the Federal Tort Claim Act ("FTCA") for injuries suffered as the result of Salmonella food poisoning. Which occurred at the U.S.P Lewisburg in Nov 2016 til Dec 2016. Plaintiff is filing this complaint on the United States for the harm suffered from Salmonella food poisoning and negligence. U.S.P Lewisburg served inmates tainted food with Salmonella bacteria. The entire prison was put on lock down due to the foodborne illness. The Plaintiff and a vast amount of inmates contracted food poison. (Attach Exhibit E)

13). The Plaintiff was given a food borne illness (Salmonella). The United States Penitentiary Lewisburg was negligence on the part of preparation of the food. U.S.P Lewisburg medical Department was negligence cause the food borne illness (Salmonella) started around Veteran's Day 11-11-2016. Alot of inmates was/became sick. Medical staff said it was the flu and never address the foodborne illness, accordingly saying it was something other than Salmonella for weeks. Had the United States address it accordingly this would have prevented the spread of Salmonella food poisoning, bacteria, as well as a prison outbreak. Due to this medical, food service, etc at U.S.P Lewisburg food safety management system here at U.S.P Lewisburg wasn't effective.

14). The United States owes federal inmates a duty of care to protect them from unreasonable. The duty to use reasonable care in ensuring the safety of all inmates housed at U.S.P Lewisburg. The

(4)

The duty of care which the United States owes to federal inmates is ordinary diligence to keep inmates safe from harm. 18 U.S.C 4042

### IV. Exhaustion of Legal Remedies

The plaintiff filed a form 95 administrative claim to the appropriate federal agency on Dec 18, 2016 and the agency denied plaintiff claim on June 5, 2017 (Attach Exhibit G)

### V. Prayer for Relief

Wherefore, plaintiff prays that this court enter judgment Granting plaintiff a declaration that the acts and omissions described herein this complaint is a violation under the pursuant to Federal Tort Claim Act and

Granting plaintiff compensate damages in the amount of $50,000 for the plaintiff injuries, harm suffered from the Salmonella food poisoning under the (Federal Tort Claim Act) and Granting any additional relief this court deems just proper, and equitable.

Dated: 7/12/17

Respectfully submitted
Brian Cash   Brian Cash

Brian Cash
Brian Cash #19124-057
U.S.P Lewisburg
P.O. Box 1000
Lewisburg, PA. 17837

### Verification

I have read the foregoing complaint and hereby verify that the matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Brian Cash

 

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: CASH, BRIAN KEITH | | Reg #: 19124-057 |
| Date of Birth: 03/06/1977 | Sex: M   Race: BLACK | Facility: LEW |
| Encounter Date: 11/26/2016 18:00 | Provider: Potter, L. EMT-P | Unit: X01 |

EMT/Para - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

   **COMPLAINT 1**    **Provider:** Potter, L. EMT-P
     **Chief Complaint:** Cold or Flu Symptoms
     **Subjective:** I/M reported to HS Staff during the Pm pill line that he is having diarrhea for the last four days.
     **Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/26/2016 | 18:00 LEW | 97.1 | 36.2 | Oral | Potter, L. EMT-P |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/26/2016 | 19:12 LEW | 111 | Via Machine | Regular | Potter, L. EMT-P |
| 11/26/2016 | 18:00 LEW | 106 | Via Machine | Regular | Potter, L. EMT-P |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/26/2016 | 19:12 LEW | 14 | Potter, L. EMT-P |
| 11/26/2016 | 18:00 LEW | 16 | Potter, L. EMT-P |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/26/2016 | 19:12 LEW | 118/81 | Left Arm | Sitting | | Potter, L. EMT-P |
| 11/26/2016 | 18:00 LEW | 130/86 | Right Arm | Sitting | | Potter, L. EMT-P |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 11/26/2016 | 19:12 LEW | 98 | Room Air | Potter, L. EMT-P |
| 11/26/2016 | 18:00 LEW | 99 | Room Air | Potter, L. EMT-P |

**Exam:**
  **General**
    **Affect**
      Yes: Cooperative, Anxious
    **Appearance**
      Yes: Alert and Oriented x 3, Pale, Pallor, Diaphoretic
      No: Appears Well, Appears Distressed, Lethargic, Obtunded, Stuporous, Appears in Pain, Cyanotic, Disheveled, Unkempt, Acutely Ill

**Comments**

  I/M escorted to the HSU for assessment prior to placement in X-Block post four days of fever, chills, nausea and diarrhea. I/M denies any pain at this time. I/M states the symptoms continue and doesn't feel like drinking water. Vitals taken and WNL. I/M escorted to X-Block to be separated for contact precautions and will continue to monitor the I/M's condition.



| | | |
|---|---|---|
| Inmate Name: CASH, BRIAN KEITH | | Reg #: 19124-057 |
| Date of Birth: 03/06/1977 | Sex: M  Race: BLACK | Facility: LEW |
| Encounter Date: 11/26/2016 18:00 | Provider: Potter, L. EMT-P | Unit: X01 |

## ASSESSMENT:

Cold Symptoms
Due to the I/M poor skin tone (Pale, and warn to the touch) and the I/M stating he doesn't feel like drinking water. The I/M was I/M given an IV Left AC with 18ga and 2000cc NC. I/M stated he was feeling better post TX. I/M refused Tylenol when offered (Stating he has GI issues) and placed in the X-Block Basement for contact precautions and will continue to monitor the I/M's condition.

I/M advised to increase his water intake and the dangers of dehydration.
Verbalized understanding

## PLAN:

## Disposition:

Follow-up at Sick Call as Needed

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/26/2016 | Counseling | Compliance - Treatment | Potter, L. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes     **By:** Shaw, Megan MD
**Telephone or Verbal order read back and verified.**

Completed by Potter, L. EMT-P on 11/26/2016 19:22
Requested to be cosigned by Shaw, Megan MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

Inmate Name: CASH, BRIAN KEITH  
Date of Birth: 03/06/1977  Sex: M  Race: BLACK  
Encounter Date: 11/28/2016 12:50  Provider: Seroski, Jennifer PA-C  
Reg #: 19124-057  
Facility: LEW  
Unit: X01

Mid Level Provider - Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**  Provider: Seroski, Jennifer PA-C

**Chief Complaint:** GASTROINTESTINAL

**Subjective:** F/U for GI symptoms. Reports BM x 3 today which are watery. Abdominal pain described as cramping and intermittent. States, "I still don't feel good." No better since yesterday. Denies N/V, fever, or bloody diarrhea.

**Pain:** Yes

**Pain Assessment**
- **Date:** 11/28/2016 12:51
- **Location:** Abdomen, Diffuse
- **Quality of Pain:** Cramping
- **Pain Scale:** Unavailable
- **Intervention:** see CPOE
- **Trauma Date/Year:**
- **Injury:**
- **Mechanism:**
- **Onset:** 3-5 Days
- **Duration:** 3-5 Days
- **Exacerbating Factors:** None
- **Relieving Factors:** None
- **Comments:**

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/28/2016 | 12:52 LEW | 98.3 | 36.8 | Oral | Seroski, Jennifer PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/28/2016 | 12:52 LEW | 89 | Radial | Regular | Seroski, Jennifer PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/28/2016 | 12:52 LEW | 16 | Seroski, Jennifer PA-C |

**Exam:**
**General**
  **Affect**
   Yes: Cooperative
  **Appearance**
   Yes: Alert and Oriented x 3
   No: Pale, Diaphoretic
**Skin**

*See Amendment* (watermark)

| | | | |
|---|---|---|---|
| Inmate Name: CASH, BRIAN KEITH | | Reg #: 19124-057 | |
| Date of Birth: 03/06/1977 | Sex: M  Race: BLACK | Facility: LEW | |
| Encounter Date: 11/28/2016 12:50 | Provider: Seroski, Jennifer PA-C | Unit: X01 | |

**Exam:**
   **General**
      Yes: Within Normal Limits
   **Eyes**
      **Conjunctiva and Sclera**
         Yes: Within Normal Limits
   **Lips**
      **General**
         No: Cheilitis
   **Mouth**
      **General**
         Yes: Within Normal Limits
   **Pulmonary**
      **Observation/Inspection**
         Yes: Within Normal Limits
   **Cardiovascular**
      **Observation**
         Yes: Within Normal Limits
   **Musculoskeletal**
      **Gait**
         Yes: Normal Gait

**Exam Comments**
   Inmate able to speak in full sentences and appears in NAD

**ASSESSMENT:**

Diarrhea, unspecified, R197 - Current

**PLAN:**

**New Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| Lab Tests-C-Culture, Stool | One Time | 11/29/2016 00:00 | Routine |
| **Additional Information:** | | | |
| Routine enteric pathogen | | | |
| **Labs requested to be reviewed by:** | Edinger, Andrew MD/CD | | |

**Disposition:**

Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Other:**

Stool culture ordered
Advised BRAT diet
Increase fluids
Vital signs stable and no signs of dehydration today
Monitor

**Patient Education Topics:**

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|

*See Amendment* (watermark across page)

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: CASH, BRIAN KEITH | | Reg #: 19124-057 |
| Date of Birth: 03/06/1977 | Sex: M   Race: BLACK | Facility: LEW |
| Encounter Date: 11/29/2016 14:15 | Provider: Seroski, Jennifer PA-C | Unit: X01 |

Mid Level Provider - Evaluation encounter performed at Special Housing Unit.

## SUBJECTIVE:

**COMPLAINT 1**     Provider: Seroski, Jennifer PA-C

**Chief Complaint:** GASTROINTESTINAL

**Subjective:** F/U for GI symptoms. Reports no improvement from yesterday. Still having abdominal pain with cramping which is intermittent. Diarrhea 3-4 times today and described as watery. Denies fever, N/V, dizziness, or bloody diarrhea.

**Pain:** Yes

**Pain Assessment**
- **Date:** 11/29/2016 14:16
- **Location:** Abdomen - Diffuse
- **Quality of Pain:** Cramping
- **Pain Scale:** Unavailable
- **Intervention:** see CPOE
- **Trauma Date/Year:**
- **Injury:**
- **Mechanism:**
- **Onset:** 3-5 Days
- **Duration:** 3-5 Days
- **Exacerbating Factors:** None
- **Relieving Factors:** None
- **Comments:**

## OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/29/2016 | 14:18 LEW | 96.4 | 35.8 | Temporal | Seroski, Jennifer PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/29/2016 | 14:18 LEW | 73 | | | Seroski, Jennifer PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/29/2016 | 14:18 LEW | 16 | Seroski, Jennifer PA-C |

**Exam:**

**General**

**Affect**
Yes: Cooperative

**Appearance**
Yes: Alert and Oriented x 3
No: Lethargic, Pale, Diaphoretic

**Lips**

| | | |
|---|---|---|
| Inmate Name: CASH, BRIAN KEITH | | Reg #: 19124-057 |
| Date of Birth: 03/06/1977 | Sex: M Race: BLACK | Facility: LEW |
| Encounter Date: 11/28/2016 16:53 | Provider: Seroski, Jennifer PA-C | Unit: X01 |

**Exam:**

   **General**
      Yes: Within Normal Limits

   **Pulmonary**
      **Observation/Inspection**
         Yes: Within Normal Limits

   **Cardiovascular**
      **Observation**
         Yes: Within Normal Limits

   **Abdomen**
      **Inspection**
         Yes: Within Normal Limits
      **Palpation**
         Yes: Soft
         No: Guarding

   **Musculoskeletal**
      **Gait**
         Yes: Normal Gait

**Exam Comments**

   Inmate able to speak in full sentences and appears in NAD

**ASSESSMENT:**

Diarrhea, unspecified, R197 - Current

**PLAN:**


**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:** No


Completed by Seroski, Jennifer PA-C on 11/28/2016 16:53

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CASH, BRIAN KEITH | | | Reg #: | 19124-057 |
| Date of Birth: | 03/06/1977 | Sex: M | Race: BLACK | Facility: | LEW |
| Encounter Date: | 11/30/2016 13:42 | Provider: | Seroski, Jennifer PA-C | Unit: | X01 |

Mid Level Provider - Follow up Visit encounter performed at Special Housing Unit.

**SUBJECTIVE:**

    **COMPLAINT 1**    **Provider:** Seroski, Jennifer PA-C

    **Chief Complaint:** GASTROINTESTINAL

    **Subjective:** F/U for GI symptoms. Inmate tells me that he is doing the same as yesterday if not worse and still feels sick. Having a lot of abdominal cramping and diarrhea continues. Unable to hold food down. Denies vomiting, bloody diarrhea, fever, or ha.

    **Pain:** Yes

    **Pain Assessment**
        Date: 11/30/2016 13:45
        Location: Abdomen - Diffuse
        Quality of Pain: Cramping
        Pain Scale: Unavailable
        Intervention: see CPOE
        Trauma Date/Year:
        Injury:
        Mechanism:
        Onset: 3-5 Days
        Duration: 3-5 Days
        Exacerbating Factors: Eating
        Relieving Factors: None
        Comments:

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/30/2016 | 13:46 LEW | 99.1 | 37.3 | Oral | Seroski, Jennifer PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/30/2016 | 13:46 LEW | 74 | Radial | Regular | Seroski, Jennifer PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/30/2016 | 13:46 LEW | 16 | Seroski, Jennifer PA-C |

**Exam:**
    **General**
        **Affect**
            Yes: Cooperative
        **Appearance**
            Yes: Alert and Oriented x 3
            No: Appears in Pain, Pale, Diaphoretic
    **Skin**



| Inmate Name: | CASH, BRIAN KEITH | | | Reg #: | 19124-057 |
|---|---|---|---|---|---|
| Date of Birth: | 03/06/1977 | Sex: M | Race: BLACK | Facility: | LEW |
| Encounter Date: | 11/30/2016 13:42 | Provider: | Seroski, Jennifer PA-C | Unit: | X01 |

**Exam:**
   **General**
      Yes: Within Normal Limits
   **Lips**
      **General**
         No: Cheilitis
   **Mouth**
      **Mucosa**
         Yes: Within Normal Limits
   **Pulmonary**
      **Observation/Inspection**
         Yes: Within Normal Limits
   **Cardiovascular**
      **Observation**
         Yes: Within Normal Limits
   **Abdomen**
      **Inspection**
         Yes: Within Normal Limits
   **Musculoskeletal**
      **Gait**
         Yes: Normal Gait

**ASSESSMENT:**

Diarrhea, unspecified, R197 - Current

**PLAN:**

**Disposition:**
   Return Immediately if Condition Worsens
   Return To Sick Call if Not Improved

**Other:**
   Increase fluids
   Vital signs stable
   Frequent hand washing advised
   Monitor

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/30/2016 | Counseling | Plan of Care | Seroski, Jennifer | Attentive |

(Exhibit E)



**U.S. Department of Justice**

Federal Bureau of Prisons

*Northeast Regional Office*

*Via Certified and Return Receipt Mail*

*U.S. Custom House-7th Floor*
*2nd & Chestnut Streets*
*Philadelphia, P.A. 19106*

June 5, 2017

Brian Cash, Reg. No. 19124-057
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

RE: Administrative Claim No. TRT-NER-2017-01567

Dear Mr. Cash:

Your Administrative Claim No. TRT-NER-2017-01567 properly received on December 21, 2016, has been considered for settlement as provided by the Federal Tort Claims Act (FTCA), 28 U.S.C. §2672, under authority delegated to me by 28 C.F.R. §543.30. Damages are sought in the amount of $50,000.00 based on a personal injury claim. Specifically, you allege you became ill after being served contaminated food at USP Lewisburg.

After careful review of this claim, I have decided a settlement offer will be made in the amount of $100.00. This amount is based upon our assessment of the relative value of your claim, based on your symptoms and treatment as verified in your medical record, and other factors. This is neither an admission nor denial of government liability.

If this amount is acceptable for settlement, please complete the highlighted portions and sign the enclosed voucher and promptly return it to this office for processing. If the offer is unacceptable, suit may be brought against the United States in the appropriate United States District Court within six (6) months of the date of this letter.

Sincerely,

Michael D. Tafelski
Regional Counsel

cc: David J. Ebbert, Warden, USP Lewisburg

```
12/03/2016              Geisinger Proven Diagnostics           STAT BROADCAST RPT
  05:10                100 N Academy Ave,Danville PA 17822               PAGE 1
          Myra L Wilkerson M.D. - Chairman,Laboratory Medicine 866-869-  SEQUENCE NO.:
NAME: CASH,BRIAN KEITH                    DOB: 03/06/1977  AGE: 39Y
MRN : USPLEW19124057    LOC: USPLEW                        SEX: M
ACCT: B0252678          DR: SEROSKI PAC,JENNIFER   CODE: 155997


M67221    COLL: 11/28/2016 UNKNOWN REC: 11/28/2016 20:34 PHYS: SEROSKI PAC,JENNIFE


COMP STOOL CULTURE
  SETUP: 11/28/2016  2042
  SPECIMEN DESCRIPTION     PRESERVED STOOL                        {G1}
  EIA                      NO CAMPYLOBACTER ANTIGEN DETECTED      {G1}
                           NO E. COLI SHIGA TOXIN 1 AND E. COLI
                             SHIGA TOXIN 2 DETECTED
  CULTURE                  SALMONELLA SPECIES TEST RESULTS REPORTED {G1}
                             TO PA DEPT OF HEALTH.
                           NO SHIGELLA ISOLATED
                           NO AEROMONAS SPECIES ISOLATED
                           NO YERSINIA ISOLATED
  REPORT STATUS            FINAL 12/02/2016                       {G1}

SUSCEPTIBILITY             COMP STOOL CULTURE
  SPECIMEN DESCRIPTION     PRESERVED STOOL
  ORGANISM                 SALMONELLA SPECIES TEST RESULTS REPORTED {G1}
                             TO PA DEPT OF HEALTH.
  METHOD                   VITEK                                  {G1}
  TRIMETH-SULFAMETHOXA     SUSCEPTIBLE                            {G1}
  AMPICILLIN               SUSCEPTIBLE                            {G1}
  CEFTRIAXONE              SUSCEPTIBLE                            {G1}
  CIPROFLOXACIN            SUSCEPTIBLE                            {G1}
  LEVOFLOXACIN             SUSCEPTIBLE                            {G1}

{G1} = PERFORMED AT GEISINGER MEDICAL CENTER,100 N ACADEMY AVE,DANVILLE PA 17822
```



**U.S. Department of Justice**

Federal Bureau of Prisons
United States Penitentiary
2400 Robert F. Miller Drive
P. O. Box 1000
Lewisburg, PA  17837

November 30, 2016

MEMORANDUM FOR ALL USP LEWISBURG INMATE POPULATION

FROM:            David J. Ebbert, Warden

SUBJECT:         Gastrointestinal Illness

The purpose of this memorandum is to inform the inmate population of a gastrointestinal condition within the SMU population at USP Lewisburg.  Inmates who have presented with symptoms (fever, diarrhea, and stomach cramping) are being isolated as well as a smaller number of unaffected inmates due to being celled and/or in direct contact with affected inmates.

We will continue with a modified schedule to include box lunches through the weekend.  Commissary sales will resume on Thursday.

As a reminder, proper hygiene methods should be utilized such as frequent and effective hand washing:
1. Use warm, running water
2. Use soap whenever possible
3. Rub hands together for at least 20 seconds
4. Scrub underneath the fingernails
5. Rinse and then dry

When to wash your hands:
1. After using the toilet
2. Before eating or touching food



**U.S. Department of Justice**
Federal Bureau of Prisons
United States Penitentiary
2400 Robert F. Miller Drive
P. O. Box 1000
Lewisburg, PA  17837

30 de noviembre de 2016

MEMORÁNDUM PARA LA TODA POBLACIÓN DE RECLUSOS DE LEWISBURG USP

DE: David J. Ebbert, Alcaide

TEMA: Enfermedad Gastrointestinal

El propósito de este memorando es informar a la población reclusa de una afección gastrointestinal dentro de la población de la SMU en Lewisburg USP. Los reclusos que presentan con síntomas (fiebre, diarrea y retortijones de estómago) están siendo aislados así como un menor número de internos afectados por ser celled o en contacto directo con los internos afectados.

Vamos a seguir con un horario modificado para incluir cajas de almuerzo con el fin de semana. Ventas de Comisario se reanudarán el jueves.

Como recordatorio, deben utilizarse métodos de higiene como el lavado de manos frecuente y eficaz:
1. Caliente, agua corriente de uso
2. Usar jabón siempre que sea posible
3. Frotar las manos durante al menos 20 segundos
4. Matorrales por debajo de las uñas
5. Enjuague y luego seque

Cuándo lavarse las manos:
1. Despues de usar el inodoro
2. 2. Antes de comer o tocar alimentos

Esta es una traducción de un documento de inglés proporcionado como cortesía a aquellas no domina el inglés. Si se produce diferencias o cualquier malentendido, los documentos de registro será el documento inglés relacionado.

This is a translation of an English-language document provided as a courtesy to those not fluent in English.  If differences or any misunderstandings occur, the documents of record shall be the related English-language document.

Brian Cash #19124-057
U.S.P Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

July 12, 2017
Clerk of court
U.S. District Courthouse
Middle District of Pennsylvania
235 N. Washington Ave.
P.O. Box 1148
Scranton, PA 18501

Dear clerk of courts,

Hopefully this brief missive greets all of you in the greatest health, and in good spirits. All you & your families & co-workers. Allow me to say I am not entitled to a typewriter. I only have access to certain writing paper. If I didn't follow the local court rules I truly apologize. I have tried to follow the rules as much as possible. I'm also not entitled to a stapler either. I truly apologize if I have violated any rules.

If it any other papers I need to fill out please mail them to me. Here is (3 copies) of
   complaint with exhibits
   JS44 form
   Request to Proceed in forma Pauperis

I hope my complaint is excepted in your court.
   Thank you for your time and help
         Brian Cash

ate Name: Brian Keith Cash
ister Number: 19129-057
ted States Penitentiary
Box 1000
risburg, PA 17837



RECEIVED
SCRANTON
JUL 17 2017
PER_____
DEPUTY CLERK

(Legal Mail)

United States District Courthouse
Middle District of Pennsylvania
235 N. Washington Ave
P.O. Box 1148
Scranton, PA 18501

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Brian K. Cash

## DEFENDANTS
United States

**(b)** County of Residence of First Listed Plaintiff: Union
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Union
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — ☐ 310 Airplane; ☐ 315 Airplane Product Liability; ☐ 320 Assault, Libel & Slander; ☐ 330 Federal Employers' Liability; ☐ 340 Marine; ☐ 345 Marine Product Liability; ☐ 350 Motor Vehicle; ☐ 355 Motor Vehicle Product Liability; ☒ 360 Other Personal Injury; ☐ 362 Personal Injury - Medical Malpractice | ☐ 625 Drug Related Seizure of Property 21 USC 881; ☐ 690 Other | ☐ 422 Appeal 28 USC 158; ☐ 423 Withdrawal 28 USC 157 | ☐ 375 False Claims Act |
| ☐ 120 Marine | | | | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | **PROPERTY RIGHTS** — ☐ 820 Copyrights; ☐ 830 Patent; ☐ 840 Trademark | ☐ 450 Commerce |
| ☐ 151 Medicare Act | | | | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | | | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL INJURY** — ☐ 365 Personal Injury - Product Liability; ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability; ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | | | | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | | | **LABOR** — ☐ 710 Fair Labor Standards Act; ☐ 720 Labor/Management Relations; ☐ 740 Railway Labor Act; ☐ 751 Family and Medical Leave Act; ☐ 790 Other Labor Litigation; ☐ 791 Employee Retirement Income Security Act | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | **SOCIAL SECURITY** — ☐ 861 HIA (1395ff); ☐ 862 Black Lung (923); ☐ 863 DIWC/DIWW (405(g)); ☐ 864 SSID Title XVI; ☐ 865 RSI (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 891 Agricultural Acts |
| | **PERSONAL PROPERTY** — ☐ 370 Other Fraud; ☐ 371 Truth in Lending; ☐ 380 Other Personal Property Damage; ☐ 385 Property Damage Product Liability | | | ☐ 893 Environmental Matters |
| | | | | ☐ 895 Freedom of Information Act |
| | | | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** ☐ 463 Alien Detainee; ☐ 510 Motions to Vacate Sentence; ☐ 530 General; ☐ 535 Death Penalty | ☐ 870 Taxes (U.S. Plaintiff or Defendant); ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 220 Foreclosure | ☐ 441 Voting | | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | **Other:** ☐ 540 Mandamus & Other; ☐ 550 Civil Rights; ☐ 555 Prison Condition; ☐ 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION** — ☐ 462 Naturalization Application; ☐ 465 Other Immigration Actions | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | | | |
| | ☐ 448 Education | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 7/12/17
SIGNATURE OF ATTORNEY OF RECORD: Brian Cash

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____